**Order entered June 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00450-CV

### JAMES T. CHAO, Appellant

### V.

### PLANO BUILDING STANDARD COMMISSION, CITY OF PLANO, TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-05450-2016**

## ORDER

Before the Court is appellant's June 18, 2018 motion requesting a paper record from the trial court and an extension of time to file an amended brief. We **GRANT** the motion as follows: We **DIRECT** the Clerk of this Court to send appellant a paper copies of the (1) clerk's record filed on July 31, 2017, (2) supplemental clerk's record filed on December 5, 2017, (3) reporter's record filed on October 6, 2017, and (4) supplemental reporter's record filed on December 17, 2017. We **ORDER** appellant to file an amended brief by **July 12, 2018**.

*We caution appellant that no further extension will be granted. Failure to file an amended brief by* ***July 12, 2018****, may result in dismissal of the appeal without further notice. See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

/s/    ADA BROWN
       JUSTICE